# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    Patrick J. Lyons                                                        Case No.    17-12550
                                          Debtor(s)                              Chapter     13

## Notice of Change of Address

Debtor's Social Security Number:            xxx-xx-4971

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                Patrick J. Lyons

Street:              35 Iris Circle

City, State and Zip: Lancaster, PA 17022

Telephone #:

**Please be advised that effective** <u>IMMEDIATLY</u> **,**
**my (our) new mailing address and telephone number is:**

Name:                Patrick J. Lyons

Street:              35 Iris Circle

City, State and Zip: Elizabethtown, PA 17022

Telephone #:


/s/Alaine V. Grbach
ALAINE V. GRBACH
Counsel to Debtor