UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**Patrick J. Lyons,**<br><br>Debtor | Chapter 13<br><br>Case No. 17-12550-REF |

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPT OF
<u>NOTICES, AND INCLUSION ON NOTICE LIST</u>**

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE enter the appearance of Shawn M. Long, Esquire on behalf of Members 1st Federal Credit Union.

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtor, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below.  This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral,

5986116.1

and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

>Members 1st Federal Credit Union
>ATTN: Shawn M. Long, Esquire
>Barley Snyder
>126 East King Street
>Lancaster, PA 17602
>Telephone No.: 717.299.5201
>Telecopier No.: 717.291.4660
>Email: slong@barley.com

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

DATED: February 1, 2018          By:   */s/ Shawn M. Long, Esquire*
                                       Shawn M. Long, Esquire
                                       Ct. I.D. No. 83774
                                       Barley Snyder
                                       126 East King Street
                                       Lancaster, PA  17602
                                       717.299.5201

5986116.1

I hereby certify that copies of this Entry of Appearance were served by ECF notice

**(electronically)** upon:

| | |
|---|---|
| **Debtor's Counsel:** | **U.S. Trustee:** |
| Alaine V. Grbach, Esquire | United States Trustee |
| 675 Estelle Drive | 833 Chestnut Street, Suite 500 |
| Lancaster, PA 17601 | Philadelphia, PA 19107 |

**Chapter 13 Trustee:**
Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Service was also made by depositing same in the U.S. First Class Mail, postage prepaid,

upon:

**Debtor:**
Patrick J. Lyons
35 Iris Circle
Elizabethtown, PA 17022

5986116.1