## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick J. Lyons | |
|         Debtor | CHAPTER 13 |
| | |
| M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY, its successors and/or assigns | |
|         Movant | |
|     vs. | NO. 17-12550 REF |
| | |
| Patrick J. Lyons | |
|         Debtor | |
| | |
| Frederick L. Reigle Esq. | 11 U.S.C. Section 362 |
|         Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Automatic Stay of M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY, which was filed with the Court on or about February 1, 2018 (Doc. No 39).

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 5, 2018