```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                                Case No. 17-12550-ref
Patrick J. Lyons                                                      Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR                  Page 1 of 2                   Date Rcvd: Mar 20, 2019
                               Form ID: 152                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db             +Patrick J. Lyons,    35 Iris Circle,    Elizabethtown, PA 17022-1418
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +BANK OF AMERICA,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr             +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
13899436      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
13899435       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13925613       +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
13923863       +Bank of America, N.A.,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
13899437        Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
13995865        CACH, LLC its successors and assigns as assignee,    of M & T Bank,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13899439       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13899445        M & T CREDIT SERVICES,    1100 WEEEHIRE DRIVE,    2ND FLOOR,    Buffalo, NY 14221
14049747       +Members 1st Federal Credit Union,    c/o Shawn M. Long, Esquire,    Barley Snyder,
                 126 East King Street,    Lancaster, PA 17602-2893

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:25:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: camanagement@mtb.com Mar 21 2019 02:25:46      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY  14221
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13899438       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 02:23:40      Capital One, N.a.,
                 Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13899440       +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:38      Gecrb/hh Gregg,    Po Box 981439,
                 El Paso, TX 79998-1439
13899442       +E-mail/Text: csd1clientservices@cboflanc.com Mar 21 2019 02:26:38      Lancaster Collections,
                 Credit Bureau of Lancaster County,    Po Box 1271,    Lancaster, PA 17608-1271
13899443       +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:37      Lowes / MBGA / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13899444        E-mail/Text: camanagement@mtb.com Mar 21 2019 02:25:46      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13919326        E-mail/Text: camanagement@mtb.com Mar 21 2019 02:25:46      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13899446       +E-mail/Text: unger@members1st.org Mar 21 2019 02:26:44      Members 1st F C U,    5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
13902876       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 02:23:14
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13967135        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 02:23:29      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13899441        JACK CANTON
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL  33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +Members 1st Federal Credit Union,    c/o Shawn M. Long, Esquire,    Barley Snyder,
                 126 East King Street,    Lancaster, PA 17602-2893
                                                                                   TOTALS: 1, * 16, ## 0
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2               Date Rcvd: Mar 20, 2019
                              Form ID: 152             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:

```
          ALAINE V. GRBACH    on behalf of Debtor Patrick J. Lyons avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Plaintiff Patrick J. Lyons avgrbach@aol.com
          ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JODI L. HAUSE    on behalf of Creditor    BANK OF AMERICA, N.A. jodi.hause@phelanhallinan.com,
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST
           COMPANY bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Defendant    M & T Bank bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST
           COMPANY bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
          SHAWN M. LONG    on behalf of Creditor    Members 1st Federal Credit Union slong@barley.com,
           jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
          SHAWN M. LONG    on behalf of Defendant    Members 1st  F.C.U, slong@barley.com,
           jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Patrick J. Lyons
    Debtor(s)

Case No: 17–12550–ref
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/18/19 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

70
Form 152