*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Patrick J. Lyons
    Debtor(s)

Case No: 17−12550−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments ; feasibility and underfunding Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS−CARDONA (Counsel)

on: 2/27/20

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/5/20

Timothy B. McGrath
Clerk of Court