United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-12550-amc
Patrick J. Lyons                                                Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: BarbaraS         Page 1 of 2          Date Rcvd: Feb 05, 2020
                              Form ID: 167           Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.

```
db          +Patrick J. Lyons,   35 Iris Circle,   Elizabethtown, PA 17022-1418
cr          +BANK OF AMERICA,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr          +BANK OF AMERICA, N.A.,   16001 N. Dallas Pkwy,   Addison, TX 75001-3311
cr          +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
13899436    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
13899435    +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
13925613    +Bank of America, N.A,   P.O. Box 31785,   Tampa, FL 33631-3785
13923863    +Bank of America, N.A.,   c/o Aldridge Pite, LLP,   4375 Jutland Drive, Suite 200,
             P.O. Box 17933,   San Diego, CA 92177-7921
13899437     Bur Acct Mgmn,   Bureau Of Account,   Camp Hill, PA 17011
13995865     CACH, LLC its successors and assigns as assignee,   of M & T Bank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
13899439    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13899445     M & T CREDIT SERVICES,   1100 WEEEHIRE DRIVE,   2ND FLOOR,   Buffalo, NY 14221
14049747    +Members 1st Federal Credit Union,   c/o Shawn M. Long, Esquire,   Barley Snyder,
             126 East King Street,   Lancaster, PA 17602-2893
14396762    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           E-mail/Text: camanagement@mtb.com Feb 06 2020 03:58:00    M&T Bank,   1100 Wehrle Drive,
             Williamsville, NY 14221
cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:05:39    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13899438    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 04:01:28    Capital One, N.a.,
             Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
13899440    +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:03:20    Gecrb/hh Gregg,   Po Box 981439,
             El Paso, TX 79998-1439
13899442    +E-mail/Text: csdlclientservices@cboflanc.com Feb 06 2020 03:59:37    Lancaster Collections,
             Credit Bureau of Lancaster County,   Po Box 1271,   Lancaster, PA 17608-1271
13899443    +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:01:05    Lowes / MBGA / GEMB,
             Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13899444     E-mail/Text: camanagement@mtb.com Feb 06 2020 03:58:00    M & T Bank,   Attn: Bankruptcy,
             1100 Wehrle Dr 2nd Floor,   Williamsville, NY 14221
13919326     E-mail/Text: camanagement@mtb.com Feb 06 2020 03:58:00    M&T Bank,   P.O. Box 840,
             Buffalo, NY 14240-0840
13899446    +E-mail/Text: unger@memberslst.org Feb 06 2020 03:59:46    Members 1st F C U,   5000 Louise Dr,
             Mechanicsburg, PA 17055-4899
13902876    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 04:05:47
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13967135     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2020 04:01:46    Verizon,
             by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                         TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13899441     JACK CANTON
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*          BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr*         +Members 1st Federal Credit Union,   c/o Shawn M. Long, Esquire,   Barley Snyder,
             126 East King Street,   Lancaster, PA 17602-2893
                                                                         TOTALS: 1, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: 167                Total Noticed: 25
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Plaintiff Patrick J. Lyons avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Debtor Patrick J. Lyons avgrbach@aol.com
          ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
          JODI L. HAUSE    on behalf of Creditor    BANK OF AMERICA, N.A. jodi.hause@phelanhallinan.com,
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Defendant    M & T Bank bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST
           COMPANY bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST
           COMPANY bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST
           COMPANY bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SHAWN M. LONG    on behalf of Creditor    Members 1st Federal Credit Union slong@barley.com,
           jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
          SHAWN M. LONG    on behalf of Defendant    Members 1st F.C.U, slong@barley.com,
           jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 16
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Patrick J. Lyons
          Debtor(s)

Case No: 17−12550−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments ;
feasibility and underfunding Filed by SCOTT WATERMAN
Represented by ROLANDO RAMOS−CARDONA (Counsel)

on: 2/27/20

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/5/20

Timothy B. McGrath
Clerk of Court

87 − 67
Form 167