**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick J. Lyons<br>     Debtor | |
| M&T BANK S/B/M MANUFACTURERS<br>AND TRADERS TRUST COMPANY<br>    v.<br>Patrick J. Lyons<br>    and<br>Scott Waterman Esq.<br>    Trustee | Chapter 13<br><br>NO. 17-12550 AMC |

**ORDER**

AND NOW, this 25th day of February, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 9, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 35 Iris Circle Elizabethtown, PA 17022.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                                     United States Bankruptcy Judge.

cc: See attached service list

Patrick J. Lyons
35 Iris Circle
Lancaster, PA 19601

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

ALAINE V. GRBACH ESQUIRE
675 Estelle Drive
Lancaster, PA 17601

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532