```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                       Case No. 17-12550-amc
Patrick J. Lyons                                             Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: JEGilmore          Page 1 of 2          Date Rcvd: Feb 25, 2020
                             Form ID: pdf900          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db           +Patrick J. Lyons,    35 Iris Circle,    Elizabethtown, PA 17022-1418
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           +BANK OF AMERICA,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr           +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr           +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr           +Members 1st Federal Credit Union,    c/o Shawn M. Long, Esquire,    Barley Snyder,
               126 East King Street,    Lancaster, PA 17602-2893
cr           +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 03:45:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA    17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 26 2020 03:45:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: camanagement@mtb.com Feb 26 2020 03:45:02     M&T Bank,    1100 Wehrle Drive,
               Williamsville, NY    14221
cr           +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 03:51:26     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*           BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL  33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
                                                                                            TOTALS: 0, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
         ALAINE V. GRBACH    on behalf of Plaintiff Patrick J. Lyons avgrbach@aol.com
         ALAINE V. GRBACH    on behalf of Debtor Patrick J. Lyons avgrbach@aol.com
         ANDREW  SPIVACK    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor   Bank Of America, N.A. paeb@fedphe.com
```

```
District/off: 0313-4          User: JEGilmore              Page 2 of 2                   Date Rcvd: Feb 25, 2020
                              Form ID: pdf900              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    JODI L. HAUSE    on behalf of Creditor    BANK OF AMERICA, N.A. jodi.hause@phelanhallinan.com, paeb@fedphe.com
    KEVIN G. MCDONALD    on behalf of Defendant    M & T Bank bkgroup@kmllawgroup.com
    KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY bkgroup@kmllawgroup.com
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY bkgroup@kmllawgroup.com
    ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    SHAWN M. LONG    on behalf of Creditor    Members 1st Federal Credit Union slong@barley.com, jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
    SHAWN M. LONG    on behalf of Defendant    Members 1st  F.C.U, slong@barley.com, jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                  TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick J. Lyons <br>                       Debtor <br><br> M&T BANK S/B/M MANUFACTURERS <br> AND TRADERS TRUST COMPANY <br>                       v. <br> Patrick J. Lyons <br>                       and <br> Scott Waterman Esq. <br>                       Trustee | Chapter 13 <br><br> NO. 17-12550 AMC |

**ORDER**

AND NOW, this 25th day of February, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 9, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 35 Iris Circle Elizabethtown, PA 17022.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Case 17-12550-amc    Doc 93    Filed 02/27/20    Entered 02/28/20 00:52:39    Desc Imaged
Certificate of Notice    Page 4 of 4

Patrick J. Lyons
35 Iris Circle
Lancaster, PA 19601

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

ALAINE V. GRBACH ESQUIRE
675 Estelle Drive
Lancaster, PA 17601

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532