United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12550-amc
Patrick J. Lyons                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv              Page 1 of 2              Date Rcvd: Feb 27, 2020
                                Form ID: pdf900        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
```
db              +Patrick J. Lyons,    35 Iris Circle,    Elizabethtown, PA 17022-1418
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +BANK OF AMERICA,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr              +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr              +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13899436       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.a.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
13899435        +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13925613        +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
13923863        +Bank of America, N.A.,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                  P.O. Box 17933,    San Diego, CA 92177-7921
13899437         Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA 17011
13995865         CACH, LLC its successors and assigns as assignee,    of M & T Bank,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
13899439        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13899445         M & T CREDIT SERVICES,    1100 WEEEHIRE DRIVE,    2ND FLOOR,    Buffalo, NY 14221
14049747        +Members 1st Federal Credit Union,    c/o Shawn M. Long, Esquire,    Barley Snyder,
                  126 East King Street,    Lancaster, PA 17602-2893
14396762        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2020 03:33:37      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2020 03:33:53      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: camanagement@mtb.com Feb 28 2020 03:33:31      M&T Bank,    1100 Wehrle Drive,
                  Williamsville, NY  14221
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 03:42:53      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13899438        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 28 2020 03:42:05      Capital One, N.a.,
                  Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13899440        +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 03:42:54      Gecrb/hh Gregg,    Po Box 981439,
                  El Paso, TX 79998-1439
13899442        +E-mail/Text: csd1clientservices@cboflanc.com Feb 28 2020 03:34:03      Lancaster Collections,
                  Credit Bureau of Lancaster County,    Po Box 1271,    Lancaster, PA 17608-1271
13899443        +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 03:42:52      Lowes / MBGA / GEMB,
                  Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13899444         E-mail/Text: camanagement@mtb.com Feb 28 2020 03:33:31      M & T Bank,    Attn: Bankruptcy,
                  1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13919326         E-mail/Text: camanagement@mtb.com Feb 28 2020 03:33:31      M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
13899446        +E-mail/Text: unger@members1st.org Feb 28 2020 03:34:04      Members 1st F C U,    5000 Louise Dr,
                  Mechanicsburg, PA 17055-4899
13902876        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2020 03:42:54
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13967135         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2020 03:43:07      Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 13
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13899441         JACK CANTON
cr              +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*              BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL  33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
```

```
District/off: 0313-4          User: dlv                    Page 2 of 2                   Date Rcvd: Feb 27, 2020
                              Form ID: pdf900              Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
cr*         +Members 1st Federal Credit Union,   c/o Shawn M. Long, Esquire,   Barley Snyder,
              126 East King Street,    Lancaster, PA 17602-2893
                                                                                         TOTALS: 1, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Plaintiff Patrick J. Lyons avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Patrick J. Lyons avgrbach@aol.com
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    BANK OF AMERICA, N.A. jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Defendant    M & T Bank bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST
               COMPANY bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST
               COMPANY bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST
               COMPANY bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SHAWN M. LONG    on behalf of Creditor    Members 1st Federal Credit Union slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
              SHAWN M. LONG    on behalf of Defendant    Members 1st  F.C.U, slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

PATRICK J. LYONS

    Debtor(s)

: Bankruptcy No. 17-12550REF
: Chapter 13

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

2/27/20

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER PA 17601-2129

PATRICK J. LYONS
35 IRIS CIRCLE
ELIZABETHTOWN, PA 17022-